FILED
2014 Jul-14  PM 05:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| JAMES SHEHAN, *on behalf of himself and others similarly situated*, ) ) ) ) Plaintiff, ) ) v. ) ) WELLS FARGO BANK, N.A., ) ) Defendant. ) ) | CIVIL ACTION FILE NO. 1:14-cv-00900-JHE  **OPPOSED** |

### WELLS FARGO BANK, N.A.'S MOTION TO STAY PARTIES' REQUIREMENTS TO HOLD RULE 26(f) CONFERENCE AND TO FILE JOINT REPORT

Pursuant to Rule I of the Court's Initial Order Governing All Further Proceedings (the Court's "Initial Order"), Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel, hereby respectfully moves this Court for an Order staying the parties' obligations to conduct a meeting of the parties under Fed. R. Civ. P. 26(f) and Local Rule 26(1)(d), and to file a joint report of the meeting in the general format of Fed. R. Civ. P. Appendix Form 52, until either:  (1) if the Court grants Wells Fargo's Motion to Stay Case, ten (10) days after the Federal Communications Commission enters a decision on either United Healthcare Services, Inc.'s petition for expedited declaratory ruling, filed on January 16, 2014 ("UHS Petition"), or ACA International's petition seeking formal rulemaking by the FCC, which the FCC accepted on February 11, 2014 ("ACA Petition"), whichever comes first; or (2) if the Court denies Wells Fargo's Motion to Stay Case, ten (10) days after the Court's ruling.  In support of Wells Fargo's Motion to Stay Parties' Requirements to Hold Rule 26(f) Conference and to File Joint Report, Wells Fargo states that the parties' positions on the vast majority of the issues to be discussed in the Rule 26(f) Conference and included in the parties' joint report,

including, but not limited to, the possibility of a prompt settlement or resolution of the case, a proposed discovery plan, and proposed deadlines for dispositive motions and other pre-trial submissions, will necessarily be subject to and turn on whether or not the Court grants or denies Wells Fargo's Motion to Stay Case.  Moreover, if the Court grants Wells Fargo's Motion to Stay Case, the parties' positions will further depend upon how and when the FCC decides either the UHS Petition or the ACA Petition.  As a result, to ensure the efficient and economic administration of this case, Wells Fargo respectfully requests that the Court enter an Order granting Wells Fargo's Motion to Stay Parties' Requirements to Hold Rule 26(f) Conference and to File Joint Report.

WHEREFORE, PREMISES CONSIDERED, Wells Fargo respectfully moves this Court for an Order staying the parties' obligations to conduct a meeting of the parties under Fed. R. Civ. P. 26(f) and Local Rule 26(1)(d), and to file a joint report of the meeting in the general format of Fed. R. Civ. P. Appendix Form 52, until either:  (1) if the Court grants Wells Fargo's Motion to Stay Case, ten (10) days after the FCC decides the UHS Petition or the ACA Petition, whichever comes first; or (2) if the Court denies Wells Fargo's Motion to Stay Case, ten (10) days after the Court's ruling.

Respectfully submitted this 14th day of July, 2014.

/s Ryan J. Hebson
Eric J. Troutman*
Divya S. Gupta*
SEVERSON & WERSON, P.C.
19100 Von Karman Avenue, Suite 700
Irvine, California  92612
Telephone:  (949) 442-7110
Facsimile:  (949) 442-7118
ejt@severson.com
dsg@severson.com

R. Frank Springfield (SPR024)

2

Ryan J. Hebson (HEB003)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
fspringf@burr.com
rhebson@burr.com

Attorneys for Defendant
WELLS FARGO BANK, N.A

**Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of July, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Gina DeRosier Greenwald | Michael Lewis Greenwald |
| GREENWALD DAVIDSON PLLC | GREENWALD DAVIDSON PLLC |
| 5550 Glades Road Suite 500 | 5550 Glades Road, Suite 500 |
| Boca Raton, Florida  33431 | Boca Raton, Florida  33431 |
| Telephone:  (561) 826-5477 | Telephone:  (561) 826-5477 |
| ggreenwald@mgjdlaw.com | mgreenwald@mgjdlaw.com |

      I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:  N/A                     .

                                                Respectfully submitted,

                                                 /s Ryan J. Hebson                           
                                                Of Counsel